IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PUBLIC DEFENDER, SECOND JUDICIAL CIRCUIT,

Petitioner,

v.

CHIEF CIRCUIT JUDGE, SECOND JUDICIAL CIRCUIT,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3136

Opinion filed October 5, 2016.

Petition for Writ of Certiorari.

Nancy A. Daniels, Public Defender, Glen P. Gifford, Assistant Public Defender, Tallahassee, for Petitioner.

Pamela Jo Bondi, Attorney General, Karen A. Brodeen, Senior Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for certiorari is DENIED on the merits.

LEWIS, WETHERELL, and JAY, JJ., CONCUR.